UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Betty Craig, | ) | Civil Action No. 5:14-254-DCN-KDW |
|         Plaintiff, | ) | |
| vs. | ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) | |
|         Defendant. | ) | |

      On January 30, 2014, Plaintiff, appearing through counsel, filed this action appealing his denial of social security benefits. Defendant filed an answer and copy of the administrative record on June 5, 2014. ECF Nos. 11, 12. Plaintiff's brief in support of her appeal was due by July 10, 2014. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 11. On July 7, 2014, Plaintiff sought and received an extension, making her brief due August 11, 2014. ECF Nos. 16, 17. To date, however, Plaintiff has not filed her brief, nor has counsel communicated with the court regarding the extended deadline.

      Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of his appeal no later than **September 2, 2014**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

      IT IS SO ORDERED.

August 18, 2014  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge