# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| BETTY CRAIG, | ) | C/A No.: 2:14-cv-0254 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The above referenced Social Security case is before this court upon the plaintiff's motion for attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff filed this motion on July 16, 2015. On August 3, 2015, the parties filed a joint stipulation, stating that they agreed to a reduction in payment of attorney fees.

**IT IS THEREFORE ORDERED** that plaintiff's motion for attorney fees is **WITHDRAWN**, and plaintiff shall be awarded Three Thousand, Six Hundred Sixty Seven Dollars and Zero cents ($3,667.00) in attorney fees, Sixteen Dollars ($16.00) in expenses, and Seven Dollars ($7.00) in costs, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

August 10, 2015
Charleston, South Carolina